FILED
CLERK, U.S. DISTRICT COURT
FEB 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  PATRICK T. CONNOR, Bar No. 89136
   MARGARET R. GIFFORD, Bar No. 118222
2  SALLY S. FRONTMAN, Bar No. 227735
   sfrontman@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone: 213/488-4100
   Telecopier: 213/488-4180
6
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
7  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES, FOR THE CARPENTERS SOUTHWEST TRUSTS CARPENTERS TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION BUILDING & DEVELOPMENT INNOVATIONS, LLC, an Arizona Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 06-6240 GPS(FFMx)<br><br>Consolidated with CV 07-3980 GPS(FFMx)<br><br>AMENDED [~~PROPOSED~~] JUDGMENT FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT<br><br>Before The Honorable George P. Schiavelli<br><br>DATE: January 14, 2008<br>TIME: 1:30 p.m.<br>CTRM: 7<br><br>Pre-Trial Conference<br>Date: February 11, 2008<br>Time: 11:00 a.m.<br><br>Trial (non-jury)<br>Date: February 12, 2008<br>Time: 9:00 a.m. |

27     This case, set for hearing on January 14, 2008, was taken under submission
28  by the Honorable George P. Schiavelli, United States District Court Judge on
    January 10, 2008.

1 Having considered the papers and arguments submitted, and good cause
2 appearing;
3     IT IS HEREBY ORDERED that Plaintiffs, CARPENTERS SOUTHWEST
4 ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES, shall have
5 judgment against PRECISION BUILDING & DEVELOPMENT INNOVATIONS,
6 LLC, an Arizona Limited Liability Company, ("DEFENDANT") as follows:
7     <u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE</u>
8 <u>CORPORATION and BOARD OF TRUSTEES' FIRST CLAIM FOR RELIEF</u>
9 <u>(Case No. CV07-3980 GPS(FFMx))</u>:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $14,854.96 |
| 2. | Liquidated damages | $1,485.50 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 529.68 |
| 4. | Audit Fees | 3,399.40 |
| 5. | Interest from due dates to December 3, 2007 (accruing at $14.91 per day) | 763.20 |
| 6. | Attorneys' fees | $30,658.50 |
| | a.    $18,265.50 (through November 08, 2007) | |
| | b.    $12,393.00 (November 9, 2007 through February 1, 2008) | |
| **GRAND TOTAL** | | **$51,691.24** |
| 7. | Plus costs to be determined after entry of judgment. | |
| 8. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 2.23 % per annum. | |

///
///
///

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES' FIRST CLAIM FOR RELIEF RELIEF (Case No. CV06-6240 GPS(FFMx)) AND SECOND CLAIM FOR RELIEF RELIEF (Case No. CV07-3980 GPS(FFMx)):</u>

1. For issuance of a permanent injunction restraining and enjoining DEFENDANT, for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

   a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the period May 2006 to the present,

   b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANT, employed during the previous month under the AGREEMENT,

   c. A declaration from a responsible employee of DEFENDANT attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANT's Monthly Report; and

   d. Checks for the full amount shown as owing to each Trust on DEFENDANT's Monthly Report, payable as designated on the Monthly Report.

DATED: 2/7/08

THE HONORABLE GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

Presented by:
DeCARLO, CONNOR & SHANLEY
A Professional corporation

BY:   /s/ Sally Frontman
      SALLY S. FRONTMAN
      Attorney for Plaintiffs,
      Carpenters Southwest Administrative
      Corporation and Board of Trustees

3